FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| v. PLAINTIFF | 3:24-CR-00118-BJB   8:25-mj-00487-DUTY |
| Patrick   Russo | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 06/13/2025; 9:30   ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes ☐ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   21 USC 846, 841(a)(1), 84:   Conspiracy to possess with Intent to distribute

5. Offense charged is a:   ☐ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No ☐ Yes   Language: _____

7. Year of Birth: 2008

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: emailed to Pre-trial intake on 06/13/2025 (Ninetta Smith)

10. Remarks (if any): _____

11. Name: SA Luis Altamirano   (please print)

12. Office Phone Number: 714-586-7314

13. Agency: FBI

14. Signature: _____

15. Date: 06/13/2025

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION